# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

KENNETH C. PETERSON,

Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY AMERICAS,
as trustee for Residential Accredit Loans, Inc., Mortgage
Asset-Backed Pass-Through Certificates, Series 2007-0S8,

Appellee.

No. 2D2024-2441

_____

November 12, 2025

Appeal from the Circuit Court for Hillsborough County; Anne-Leigh
Gaylord Moe, Judge.

Kenneth C. Peterson, pro se.

Sarah Hafeez of Hinshaw & Culbertson LLP, Fort Lauderdale; and
Marissa I. Delinks of Hinshaw & Culbertson LLP, Boston, Massachusetts
for Appellee.


PER CURIAM.

Affirmed.


VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

_____
Opinion subject to revision prior to official publication.